**Order entered July 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00320-CR

**BOBBY EARL MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76030-P**

## ORDER

Before the Court is court reporter Lisabeth Kellett's July 25, 2017 request to extend time to file the reporter's record. We **GRANT** Ms. Kellett's request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/ LANA MYERS
   JUSTICE